# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MARY BERNARDY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIV. A. NO. 3:20-CV-00165 |
| vs. | § | |
| | § | |
| SHRINERS HOSPITAL | § | |
| FOR CHILDREN, INC., | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that **MARY BERNARDY**, Plaintiff in the above-entitled and numbered cause, hereby appeals to the Fifth Circuit from the Final Judgment entered in this action on May 25, 2022 [Dkt. 30].

Respectfully submitted,

*/s/ Jacques P. Leeds*_____
Jacques P. Leeds
USDC SD/TX No. 2526879
Texas State Bar ID 24092678
LEEDS LAW FIRM, PLLC
700 Milam, Suite 1300
Houston, Texas 77002
(713) 492-2906 (Office)
(832) 713-3065 (Cell)
(832) 787-1020 (Facsimile)

ATTORNEY FOR PLAINTIFF
MARY BERNARDY

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I served this document via ECF Filing to Defendant's Counsel:

Kerry E. Notestine
Kelcy L. Palmer
LITTLER MENDELSON, PC
(713) 652- 4712 (direct)
(713) 583-1253 (fax)
knotestine@littler.com
kpalmer@littler.com

*/s/ Jacques P. Leeds*
**Jacques P. Leeds**