# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 11, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-40392    Bernardy v. Shriners Hospital
USDC No. 3:20-CV-165

United States Courts
Southern District of Texas
FILED
August 11, 2022
Nathan Ochsner, Clerk of Court

The court has granted appellant's motion to reopen the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Chukwudi Ifeanyi Egbuonu
Mr. Jacques P. Leeds
Mr. Kerry E. Notestine
Mr. Nathan Ochsner
Ms. Kelcy Leigh Palmer